435 A.2d 650

Webb, et vir., Appellants, v. Charley Bros. Co., etc.

Argued November 12, 1980.   E. J. Julian, for appellants;   William D. Phillips, for appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Appeal quashed.

June 19, 1981.

435 A.2d 650

Bernard, Appellant, v. Bernard.

Reargument Denied September 8, 1981.

Argued September 8, 1980.   Lewis A. Walder, for appellant;   Joseph R. Siegert, for appellee.

Before WICKERSHAM, VAN der VOORT and LIPEZ, JJ.

The order vacating the decree of divorce is affirmed.

The order awarding counsel fees is affirmed.